| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Protective Power Systems and Controls, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1444267** |
| 4. | **Debtor's address** | **Principal place of business** **2092 Route 9G** **Staatsburg, NY 12580** Number, Street, City, State & ZIP Code  **Dutchess** County | **Mailing address, if different from principal place of business** **P.O. Box 119** **Staatsburg, NY 12580** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **power-now.net** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Protective Power Systems and Controls, Inc.**          Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

Debtor **Protective Power Systems and Controls, Inc.**         Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
                            Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Protective Power Systems and Controls, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  9, 2020**
MM / DD / YYYY

**X /s/ Andrea Patierno**                               **Andrea Patierno**
Signature of authorized representative of debtor         Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ Michelle L. Trier**                             Date **October  9, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Michelle L. Trier 1212**
Printed name

**Genova & Malin**
Firm name

**1136 Route 9**
**Wappingers Falls, NY 12590**
Number, Street, City, State & ZIP Code

Contact phone    **845-298-1600**        Email address

**1212 NY**
Bar number and State

---

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Protective Power Systems and Controls, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 9, 2020**       X **/s/ Andrea Patierno**
                                        Signature of individual signing on behalf of debtor

                                        **Andrea Patierno**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Protective Power Systems and Controls, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Hudson Valley CU**
Creditor's Name
Attn: President
137 Boardman Road
Poughkeepsie, NY 12603
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All business assets**

Describe the lien
**UCC filed 4/02/2015**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$102,157.40**    Value: **$0.00**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2.2 Internal Revenue Service**
Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101-7346
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All business assets**

Describe the lien
**Federal Tax Lien for Tax years 2014-2020**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount: **$196,470.80**    Value: **$0.00**

Do multiple creditors have an interest in the same property?

| Debtor | **Protective Power Systems and Controls, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $298,628.20

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Account Control Systems, Inc.**<br>**85 Chestnut Ridge Rd, Suite 113**<br>**Montvale, NJ 07645-1827** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name: **Protective Power Systems and Controls, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**NY State Dept. of Taxation & Finance**<br>**Bankruptcy Section**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** | $70,291.92 | $70,291.92 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Tax period 2015-2020**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Ally**<br>**P.O. Box 380902**<br>**Minneapolis, MN 55438** | $2,707.40 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Late fees for vehicle loan**

Is the claim subject to offset? ■ No   ☐ Yes

| | | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**AmTrust Financial Services, Inc.**<br>**59 Maiden Lane**<br>**New York, NY 10038** | Unknown |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Protective Power Systems and Controls, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Andrea & John Patierno**<br>**8 Vanessa Lane**<br>**Staatsburg, NY 12580**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Business loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$300,000.00** |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Cintas**<br>**138 Bracken Road**<br>**Montgomery, NY 12549**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Goods & services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,893.11** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Citizens Bank Card Services**<br>**PO Box 7092**<br>**Bridgeport, CT 06601**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Credit card debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,318.58** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Clarke Power Services, Inc.**<br>**P.O. Box 710157**<br>**Cincinnati, OH 45271-0157**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Goods & services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$29,473.15** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Cummins Business Services**<br>**2931 Elm Hill Pike**<br>**Nashville, TN 37214**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Goods & services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$12,126.92** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Dodge Analytics**<br>**300 American Metro Blvd.**<br>**Suite 185**<br>**Trenton, NJ 08619**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Goods & services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,233.72** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Farm Family Insurance Co.**<br>**Attn: Corporate Secretary**<br>**P.O. Box 656**<br>**Albany, NY 12201-0656**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Cancelled policy**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| Debtor | **Protective Power Systems and Controls, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**FOI Laboratories**<br>**915 Jefferson Street**<br>**Vancouver, WA 98660** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,954.22 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Grade Industrial Supply**<br>**1418 Route 9D**<br>**Wappingers Falls, NY 12590** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $286.53 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Heartland Payment Systems**<br>**Attn: President**<br>**One Heartland Way**<br>**Jeffersonville, IN 47130** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,808.50 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Home Depot Credit Services**<br>**P.O. Box 9001010**<br>**Louisville, KY 40290** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $661.71 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Credit card debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Hotstart Inc.**<br>**5723 E. Alki Avenue**<br>**Spokane, WA 99212** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,407.64 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Hudson River View**<br>**355 County Route 31**<br>**Hudson, NY 12534** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Goods & servicess** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Kabbage Loan**<br>**925B Peachtree NE, Suite 1688**<br>**Atlanta, GA 30309** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| Debtor | **Protective Power Systems and Controls, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**MVP Health Care**<br>**625 State Street, POB 2207**<br>**Schenectady, NY 12301-4793** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,220.93** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Health Insurance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Northeast Battery**<br>**P.O. Box 842238**<br>**Boston, MA 02284-2238** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,615.04** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**PayPal Corporate Headquarters**<br>**Attn: President**<br>**2211 N. 1st Street**<br>**San Jose, CA 95131** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,985.31** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**RL Kristler**<br>**300 Mile Crossing Boulevard**<br>**Rochester, NY 14624** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$184,139.02** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Judgment entered 7/28/2020** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Ruth Patierno**<br>**91 Kipp Road**<br>**Staatsburg, NY 12580** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,500.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Sam's Towing & Recovery**<br>**7 Sullivan Avenue**<br>**Liberty, NY 12754** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$856.75** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Telconn Inc.**<br>**1431 Rosemar Road**<br>**Vienna, WV 26105** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,809.79** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

Debtor **Protective Power Systems and Controls, Inc.**        Case number (if known)
          Name

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**The Blue Book Network**<br>**PO Box 500**<br>**Jefferson Valley, NY 10535** | **As of the petition filing date, the claim is:** Check all that apply.    $12,076.30<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Goods & services**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**U.S. Department of the Treasury**<br>**Bureau of the Fiscal Service**<br>**P.O. Box 8979101**<br>**Saint Louis, MO 63197-9000** | **As of the petition filing date, the claim is:** Check all that apply.    $23,027.99<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Waste Management**<br>**264 Old Flatbush Road**<br>**Kingston, NY 12401** | **As of the petition filing date, the claim is:** Check all that apply.    $504.40<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Goods & services**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Wesco Insurance**<br>**c/o McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd.**<br>**Bedford, OH 44146** | **As of the petition filing date, the claim is:** Check all that apply.    $4,926.06<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Worker's Compensation Insurance**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Wix Filtration Corporation**<br>**1551 Mt. Olive Church Rd.**<br>**P.O. Box 1901**<br>**Gastonia, NC 28053** | **As of the petition filing date, the claim is:** Check all that apply.    $4,958.22<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Goods & services**<br>Is the claim subject to offset? ■ No  ☐ Yes |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Caine & Weiner**<br>**21210 Erwin Street**<br>**Woodland Hills, CA 91367** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Convergent Outsourcing**<br>**PO Box 9004**<br>**Renton, WA 98057** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |

Debtor   **Protective Power Systems and Controls, Inc.**                                    Case number (if known)
         Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Dutchess County Sherriff's Dept.**<br>**150 North Hamilton Street**<br>**Poughkeepsie, NY 12601** | Line __3.20__<br>☐ Not listed. Explain ____ | ___ |
| 4.4 | **GB Collects, LLC**<br>**145 Bradford Drive**<br>**West Berlin, NJ 08091-9269** | Line __3.17__<br>☐ Not listed. Explain ____ | ___ |
| 4.5 | **Joseph, Mann & Creed**<br>**8948 Canyon Falls Blvd.**<br>**Suite 200**<br>**Twinsburg, OH 44087** | Line __3.2__<br>☐ Not listed. Explain ____ | ___ |
| 4.6 | **Lewandowski & Associates**<br>**721 Center Road**<br>**Buffalo, NY 14224** | Line __3.20__<br>☐ Not listed. Explain ____ | ___ |
| 4.7 | **McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | Line __3.13__<br>☐ Not listed. Explain ____ | ___ |
| 4.8 | **Vengroff Williams & Associates, Inc.**<br>**380 Townline Rd.**<br>**Hauppauge, NY 11788** | Line __3.9__<br>☐ Not listed. Explain ____ | ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | **70,291.92** |
| **5b. Total claims from Part 2** | 5b. + $ | **659,391.29** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.    $ | **729,683.21** |

# United States Bankruptcy Court
### Southern District of New York

In re   **Protective Power Systems and Controls, Inc.**                      Case No.
                                                  Debtor(s)                  Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 9, 2020**                         **/s/ Andrea Patierno**
                                                    **Andrea Patierno**/**President**
                                                    Signer/Title

```
ACCOUNT CONTROL SYSTEMS, INC.
85 CHESTNUT RIDGE RD, SUITE 113
MONTVALE, NJ 07645-1827


ALLY
P.O. BOX 380902
MINNEAPOLIS, MN 55438


AMTRUST FINANCIAL SERVICES, INC.
59 MAIDEN LANE
NEW YORK, NY 10038


ANDREA & JOHN PATIERNO
8 VANESSA LANE
STAATSBURG, NY 12580


CAINE & WEINER
21210 ERWIN STREET
WOODLAND HILLS, CA 91367


CINTAS
138 BRACKEN ROAD
MONTGOMERY, NY 12549


CITIZENS BANK CARD SERVICES
PO BOX 7092
BRIDGEPORT, CT 06601


CLARKE POWER SERVICES, INC.
P.O. BOX 710157
CINCINNATI, OH 45271-0157


CONVERGENT OUTSOURCING
PO BOX 9004
RENTON, WA 98057


CUMMINS BUSINESS SERVICES
2931 ELM HILL PIKE
NASHVILLE, TN 37214


DODGE ANALYTICS
300 AMERICAN METRO BLVD.
SUITE 185
TRENTON, NJ 08619
```

DUTCHESS COUNTY SHERRIFF'S DEPT.
150 NORTH HAMILTON STREET
POUGHKEEPSIE, NY 12601


FARM FAMILY INSURANCE CO.
ATTN: CORPORATE SECRETARY
P.O. BOX 656
ALBANY, NY 12201-0656


FOI LABORATORIES
915 JEFFERSON STREET
VANCOUVER, WA 98660


GB COLLECTS, LLC
145 BRADFORD DRIVE
WEST BERLIN, NJ 08091-9269


GRADE INDUSTRIAL SUPPLY
1418 ROUTE 9D
WAPPINGERS FALLS, NY 12590


HEARTLAND PAYMENT SYSTEMS
ATTN: PRESIDENT
ONE HEARTLAND WAY
JEFFERSONVILLE, IN 47130


HOME DEPOT CREDIT SERVICES
P.O. BOX 9001010
LOUISVILLE, KY 40290


HOTSTART INC.
5723 E. ALKI AVENUE
SPOKANE, WA 99212


HUDSON RIVER VIEW
355 COUNTY ROUTE 31
HUDSON, NY 12534


HUDSON VALLEY CU
ATTN: PRESIDENT
137 BOARDMAN ROAD
POUGHKEEPSIE, NY 12603

```
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JOSEPH, MANN & CREED
8948 CANYON FALLS BLVD.
SUITE 200
TWINSBURG, OH 44087


KABBAGE LOAN
925B PEACHTREE NE, SUITE 1688
ATLANTA, GA 30309


LEWANDOWSKI & ASSOCIATES
721 CENTER ROAD
BUFFALO, NY 14224


MCCARTHY, BURGESS & WOLFF
26000 CANNON ROAD
CLEVELAND, OH 44146


MVP HEALTH CARE
625 STATE STREET, POB 2207
SCHENECTADY, NY 12301-4793


NORTHEAST BATTERY
P.O. BOX 842238
BOSTON, MA 02284-2238


NY STATE DEPT. OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300


PAYPAL CORPORATE HEADQUARTERS
ATTN: PRESIDENT
2211 N. 1ST STREET
SAN JOSE, CA 95131


RL KRISTLER
300 MILE CROSSING BOULEVARD
ROCHESTER, NY 14624
```

```
RUTH PATIERNO
91 KIPP ROAD
STAATSBURG, NY 12580


SAM'S TOWING & RECOVERY
7 SULLIVAN AVENUE
LIBERTY, NY 12754


TELCONN INC.
1431 ROSEMAR ROAD
VIENNA, WV 26105


THE BLUE BOOK NETWORK
PO BOX 500
JEFFERSON VALLEY, NY 10535


U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 8979101
SAINT LOUIS, MO 63197-9000


VENGROFF WILLIAMS & ASSOCIATES, INC.
380 TOWNLINE RD.
HAUPPAUGE, NY 11788


WASTE MANAGEMENT
264 OLD FLATBUSH ROAD
KINGSTON, NY 12401


WESCO INSURANCE
C/O MCCARTHY, BURGESS & WOLFF
26000 CANNON RD.
BEDFORD, OH 44146


WIX FILTRATION CORPORATION
1551 MT. OLIVE CHURCH RD.
P.O. BOX 1901
GASTONIA, NC 28053
```